# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ, | ) Case No.: 1:16-cv-00926 DAD JLT |
| Plaintiff, | ) ORDER CLOSING CASE |
| v. | ) (Doc. 14) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

The parties have stipulated to dismiss the case with each side bearing their own costs and fees. (Doc. 14) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **September 13, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE